# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION



JOSE ANGEL AVARADO, et al,

    Plaintiffs,

vs.                                          Lead Case No: 99-1726-CIV-T-24F

R & W FARMS, GLENN WILLIAMSON and
FLORIDA PACIFIC FARMS, L.L.C.,

    Defendants.

---

JOSE MANUEL ARVISO, et al,

    Plaintiffs,

vs.                                          Old Case No: 99-1760-CIV-T-24E
                                                  New Case No: 99-1760-CIV-T-24F

WILLIAMSON BERRY FARMS, INC. et al,

    Defendants.
_____/

## ORDER

Before the court is **Order of Transfer**, dated October 29, 1999, signed by the Hon. Elizabeth A. Kovachevich. Chief Judge Kovachevich transferred the case of <u>Jose Manuel Arviso, et al, v. Williamson Berry Farms, Inc., et al</u>, Case No. 99-1760-CIV-T-17E, to the undersigned, redesignating it Case No. 99-1760-CIV-T-24E. Upon consideration, this case is consolidated with <u>Jose Angel Alvarado, et al, v. R&W Farms, et al</u>, Case No. 99-1726-CIV-T-24F, pursuant to Rule 42, Fed. R. Civ. P. The assigned magistrate judge in <u>Jose Manuel Arviso, et al, v. Williamson Berry Farms, Inc., et al</u>, Case No. 99-1760-CIV-T-24E, is redesignated as the Hon. Mary S. Scriven, and

the case shall be redesignated Case No. 99-1760-CIV-T-24F. All filed documents shall contain the full caption for each individual case, but the documents shall be placed only in the file of *Jose Angel Alvarado, et al. v. R&W Farms, et al*, Case No. 99-1726-CIV-T-24F, which shall be referred to as the lead case.

All deadlines which presently pertain to the lead case shall pertain to both cases. In an order dated October 15, this court set a preliminary pretrial conference in the lead case on Friday, November 19, 1999, at 8:30 a.m. in Courtroom 14A, Sam M. Gibbons Courthouse, Tampa, Florida before the undersigned. See Lead Case, Dkt. 11. This preliminary pretrial conference, and the requirements set forth in this court's October 15, 1999 order shall also pertain to Case No. 99-1760-CIV-T-24F.

Also before the court is **Plaintiffs' Motion to Extend Time for Moving for Class Certification**, filed in Case No. 99-1760-CIV-T-24F on October 29, 1999 (Dkt. 11). This motion fails to comply with Local Rule 3.01(g), M.D. Fla., which requires the moving party to file a statement that it conferred with opposing counsel and was unable to resolve the motion. According, plaintiffs' motion is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida this 8th day of November, 1999.

SUSAN C. BUCKLEW
United States District Judge

Copies to:

    Counsel of Record
    Hon. Mary S. Scriven
    Hon. Thomas B. McCoun, III
    Courtroom Deputy Leida Kimbrough