

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
01 OCT -9 PM 4: 11

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

JOSE ANGEL ALVARADO, et al.,

     Plaintiff,

v.           Case No. 99-1726-Civ-T-30F

R & W FARMS; GLENN WILLIAMSON;
and FLORIDA PACIFIC FARMS, L.L.C.,

     Defendants.

_____

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that summary final judgment is entered for the defendants.

Date:   October 9, 2001       SHERYL L. LOESCH, CLERK

              By: _____
                 C. Hodges, Deputy Clerk

SCANNED